AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 1 2 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

# UNITED STATES DISTRICT COURT
for the

Justina Maria Holland
_____
Petitioner

v.

Smith FMC Carswell
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. **4-23CV-041-Y**
_____
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.  (a) Your full name: Justina Maria Holland
    (b) Other names you have used: Rummel, Zisk, Longo
2.  Place of confinement:
    (a) Name of institution: FMC Carswell
    (b) Address: Po Box 27137
        Fort Worth TX 76127
    (c) Your identification number: 73612-018
3.  Are you currently being held on orders by:
    ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:

4.  Are you currently:
    ☐ A pretrial detainee (waiting for trial on criminal charges)
    ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
        If you are currently serving a sentence, provide:
        (a) Name and location of court that sentenced you: Florida, middle district
        (b) Docket number of criminal case: 6:20-CR-86-RBD-EJK
        (c) Date of sentencing: 10-25-2021
    ☐ Being held on an immigration charge
    ☐ Other (explain): _____

### Decision or Action You Are Challenging

5.  What are you challenging in this petition:
    ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

6.  Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: FMC Carswell Fort Worth, Texas

(b) Docket number, case number, or opinion number: _____

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

My application of the First step act credits owed to me so that I am at the percentage needed to apply for Cares act to go on home confinement

(d) Date of the decision or action:  1 | 10 | 2023

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes    ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: FMC Carswell Fort Worth Texas

(2) Date of filing: 12-15-2022

(3) Docket number, case number, or opinion number: BP-S148.055

(4) Result: rejected | won't answer it

(5) Date of result: 12-15-2022

(6) Issues raised: I am eligible for FSA and owed 15 days per 30 plus for all the classes I have completed which is the full 365 days per policy. I was only given 10 days per 30 and only 5 months worth. I need my FSA credits to be able to apply for cares act and go home as I am very sick

(b) If you answered "No," explain why you did not appeal: _____

8.  **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) If "Yes," provide:

   (1) Name of the authority, agency, or court: FMC Carswell Forth Worth ,Texas

   (2) Date of filing: 12-21-2022

   (3) Docket number, case number, or opinion number: BP-9 to Warden

   (4) Result: Sent back, refused it due to unasuered 8.5

   (5) Date of result: 12-23-2022

   (6) Issues raised: Same issues as 8.5, additionally that they refused to give me an 8.5 because it was for FSA Credits and that I was told by unit team that if I was able to obtain one it would go in the trash can and not be answered.

(b) If you answered "No," explain why you did not file a second appeal: _____

9.  **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?

    ☐ Yes   ☑ No

    (a) If "Yes," provide:

       (1) Name of the authority, agency, or court: _____

       (2) Date of filing: _____

       (3) Docket number, case number, or opinion number: _____

       (4) Result: _____

       (5) Date of result: _____

       (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: I was refused a BP-10 to Regional by my unit team because they said it was due to FSA credits and since no one would answer my BP-9 then regional would not answer me anyway

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes   ☑ No

    If "Yes," answer the following:

    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

          ☐ Yes          ☐ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes                    ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes                    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____
_____
_____

(d)   Did you appeal the decision to the United States Court of Appeals?
      ☐ Yes                    ☐ No
      If "Yes," provide:
      (1) Name of court: _____
      (2) Date of filing: _____
      (3) Case number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____
      _____
      _____
      _____
      _____

12.   **Other appeals**
      Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
      ☐ Yes              ☑ No
      If "Yes," provide:
      (a) Kind of petition, motion, or application: _____
      (b) Name of the authority, agency, or court: _____
      (c) Date of filing: _____
      (d) Docket number, case number, or opinion number: _____
      (e) Result: _____
      (f) Date of result: _____
      (g) Issues raised: _____
      _____
      _____
      _____
      _____
      _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Per FSA guidelines I qualify for 15 days per 30 days in addition to completed programs up to 365 days off for early release, anything over that goes to probation being shortened

(a) Supporting facts *(Be brief. Do not cite cases or law.):* My attached completion sheet shows as of my last team date 12-5-2022 I am FSA eligible and you can see the time they gave me of only 50 days not 365 days as I am owed. I am low recidivism and have been from start of incarceration

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes     ☐ No

**GROUND TWO:** Any remedy I try to do to get this fixed is being denied. I'm told it will go in trash or it gets handed back unanswered because previous claim went unanswered + I reused a BP-10 all together to go to Regional.

(a) Supporting facts *(Be brief. Do not cite cases or law.):* See the copy out sent to Case Mgr Washington and a copy of the BP-9 I submitted but was sent back to me by Ms. K the secretary for the warden because I didn't have an answered 8.5 that I was refused and told would be thrown away.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes     ☐ No

**GROUND THREE:** They (unit team) is trying to say they can't help get credits applied or fixed so that I can file for Cares act to go home but that is a lie as they've done it for other inmates here this year to be able to go home.

(a) Supporting facts *(Be brief. Do not cite cases or law.):* I am trying to get my credits so I can apply for cares act as I am very sick. Last year they manually applied credits to Tomika Parker who left on 4-19-22 after being given a full year of FSA credits after having only been here 5 months. She is same illness as me. See my copy out and BP-9 where I state that.

(b) Did you present Ground Three in all appeals that were available to you? I saw Tomika paperwork
☑ Yes     ☐ No                                    that showed this. Court can
                                                  verify on that inmate.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?
☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
not: _____

### Request for Relief

15. State exactly what you want the court to do: I am asking the courts to manually apply the 365 days owed to me for the first step act. I've been on wait list the entire time I have been incarcerated which counts as programming. I have also completed 8 classes, in addition to Blackstone Career Institute Paralegal College which gives me 915 hours of credit time. I qualify for 15 days per 30 for being on wait list in addition to additional time for all the completed classes. I am a Care level 3 per my MOS attached and wheelchair bound, need assistance with all ADL's also in my MOS and medical records here. This credit would allow me to go home on the cares act to home confinement where my husband can take care of all my medical needs as I am unable to provide self care here. They have manually applied credits to others on my floor to allow them to go home on cares. I am camp status minimum custody, law recidivism. I just want what is owed to me but being refused, and I'm unable to use my rights to file remedies as they are being denied to me.

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

1 | 10 | 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1 | 10 | 2023

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: Case manager Washington | DATE: 12-15-2022 |
|---|---|
| FROM: Justina Holland | REGISTER NO. 73612018 |
| WORK ASSIGNMENT: N/A | UNIT: NCC |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue
on back, if necessary.   Your failure to be specific may result in no action being taken.
If necessary, you will be interviewed in order to successfully respond to your request.)

Ms. Washington
       I've been trying to submit an 8.5 admin
remedy to get my FSA credits fixed and applied
but I'm being denied one and told that it will just
go in the trash and go unanswered. I'm now keeping
copies of all requests. I have been low recedivism, camp
status since self surrender 11-30-21. I am due 15 days per
30 not 10 per Bop policy on FSA credits. I have been on
waitlists since arrival, but not a lot of classes are offered
to hospital inmates. I have completed i-journaling, drinking → over →

(Do not write below this line)

DISPOSITION:

Signature Staff Member                    | Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

enough water, card making, chair aerobics, foundations, I am enrolled in Blackstone Paralegal college that is 915 hours or Parenting phase 1, Religous service encanters, religous Services bible study packet program. I am due the full year to me. This would allow me to be at the 25% I need to be at to apply for cares act. As you know I had a stroke in July and need a lot of help. Unit manger Cottrell told me I Can apply for cares at 25% but I'm not being given my credits. Several other inmates have had their year applied by you and regional to go home on Cares one is Tomika Parker who left April 19, 2022 after you manually gave her what was owed. I get 15 days per 30 plus the credit for each completed class. Please help me get this done. Thank you

Justina Holland

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Holland Justina M        736/2018        NCC    FMC (CarsWell)
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A– INMATE REQUEST** Application of FSA credits

- I was denied an answer or ability to do an 8.5 so I had to send copouts instead to Case Mgr Washington and Unit Mgr Cottrell

- I am owed 15 days per 30 plus for 8 completed classes and Blackstone Paralegal 915 hours. I am owed the full 365 days off for FSA. I'm low recedivism. FSA eligible and these credits are holding me back from applying to go home on cares act per my conversation with Unit mgr Cottrell. I'm very sick care level 3 had a stroke need INA assistance with everything. Please help me!

12-21-2022
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        RECIPIENT'S SIGNATURE (STAFF MEMBER)
DATE                            PRINTED ON RECYCLED PAPER

USP LVN                                                    BP–229(13)
                                                        APRIL 1982

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: Unit Manager Mr. Cottrell | DATE: 12-26-2022 |
|---|---|
| FROM: Joshua Holland | REGISTER NO. 73612018 |
| WORK ASSIGNMENT: unassigned | UNIT: NCC |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue
on back, if necessary.   Your failure to be specific may result in no action being taken.
If necessary, you will be interviewed in order to successfully respond to your request.)

Mr. Cottrell,
          I wanted to let you know I am being denied
the ability to file my admin remedies so that I
can get my 365 days of FSA credits owed to me.
As we discussed after my smrto when I reach 25% 
of my sentence you would process my cares act paperwork
as I qualify due to being a Care level 3, needing assistence
with all ADLS, and not being able to provide self care
hole. When I asked the counseler for an 8.5 I was told
it was going to go in the trash anyway and would not →

(Do not write below this line)

DISPOSITION:




Signature Staff Member                    Date


Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)       and BP-S148.070 APR 94

give to

Case mgr. Washington which I was told by staff would suffice for the 8.5. I was handed my cop out back at her open house unanswered and told they don't do this. I said that is untrue as inmate Tomika Parker who left on April 19, 2022 was given the full 365 days off after only serving 5 months so that she may go home on cares act. She was in same medical situation as me. I was able to get a BP-9 from someone who had an extra because again I was denied. When I turned it in I was given it back by ms. K the secretary of the warden saying I don't have a denial of 8.5 so this can't be answered. I then went back to counselor to get a BP-10 but again was refused being told that it would be rejected without an answer to my 8.5 and 9. How are we supposed to get anything done without the ability to do remedies. I am doing two copies of this cop out for my records. Please help! Thank you

Jasmine Holland

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | HOLLAND, JUSTINA MARIA | | Reg #: | 73612-018 |
| Date of Birth: | ▓▓▓▓ 4 | Sex: F Race: WHITE | Facility: | CRW |
| Encounter Date: | 09/29/2022 08:10 | Provider: Williams, M. OTR, OTD | Unit: | F04 |

Occupational Therapy - Progress Note encounter performed at Rehabilitation Services.
**SUBJECTIVE:**

COMPLAINT   1          Provider:   Williams, M. OTR, OTD

Chief Complaint:   Upper Extremity Pain
Subjective:          OT Consultation per NP Marri:

Reason for Request:
37 yo WF, New to facility requesting for wheel chair as she reports h/o of para functional neurological disorder. Please evaluate functional status and need for wheel chair.

Provisional Diagnosis:
Para functional neurological disorder.

Pt seen in rehab department for re-evaluation.

PAIN: Pt reported pain in R hand as 9/10 in 5th digit, 8/10 in 4th digit, 6/10 2-3 digits, and 3/10 in thumb.

Pt reported she is wearing foam-tubing wrapped in co-band to prevent contractures in R hand for 3 hours a day.

Pain:          Not Applicable

---

**OBJECTIVE:**

**EXAM Comments**
Pt transported to rehab department by transport inmate worker.

Pt is modified independent to self-propel using LUE and LLE in wheelchair in rehab department with RLE elevated on footrest.

AROM
(approx. degrees) seated in wheelchair
Shoulder Flexion: R 110-120, L 170-180
Shoulder Abduction: R 90-100, L 165-175

Bilateral elbow and wrist flexion/extension, and forearm pronation and supination AROM are WFL
L hand/digits AROM WFL
R thumb AROM WFL

At rest, R hand is positioned with palm in pronation, R 2-5 digit MCPs, PIPs and DIPs flexed. Pt has no flexion/extension AROM in R digits 2-5. OT able to passively extend R 2-5 digits MCP, PIP and DIP joints.

ADLs per pt report
Eating: needs assistance cutting food.
Grooming: total assistance to do hair. Washes face and brushes teeth with L hand. Attempted to use R hand to hold tooth brush, but tooth brush slips out of R hand.

# EXHIBIT E
# (Part 1 of 2)
# Pages 1-200

Case 2:23-cv-00041-YK Document 15-5 Filed 11/16/23 Page 3 of 20 PageID 9144

| Inmate Name: | HOLLAND, JUSTINA MARIA | | | Reg #: | 73612-018 |
|---|---|---|---|---|---|
| Date of Birth: | 84 | Sex: F | Race: WHITE | Facility: | CRW |
| Encounter Date: | 09/29/2022 08:10 | Provider: | Williams, M. OTR, OTD | Unit: | F04 |

Upper Body Dressing: moderate assistance due to help needed to don bra and button shirt.
Lower Body Dressing: maximum assistance. Pt can don/doff underwear, socks and sweatpants if she is not wet post shower. If she is wet from shower she needs assistance to don underwear, socks, and sweatpants. Pt needs assistance to tie shoes and don khakis.
Shower Transfers: uses INA assistance.

THERAPEUTIC EXERCISE/ACTIVITY: In order to increase extension AROM in R 2-5 digits, 10 minute passive extension on R 2-5 digits with forearm/palm in supination, and dorsum of R hand resting on foam pad.
-10 minute ice pack on dorsum of R hand with forearm/palm in pronation and palm resting on foam pad.

**ASSESSMENT:**

N/M Impairment Non-Progressive CNS Disorder

Pt diagnosed with functional neurologic/psychiatric disorder. Initial evaluation was 12/06/2021, and OT completed re-evaluation to assess changes in pt's functional status on 7/28/2022. Patient demonstrates and/or reports functional limitations in R UE/R LE AROM, independence with ADL completion and functional mobility.

Pt will benefit from skilled OT to increase safety and independence with ADLs, functional mobility, and increase R 2-5 digits AROM.

9-29-2022 RE-EVALUATION GOALS
1. Pt will wear comfy splint on R hand for one hour to increase R 2-5 digits extension AROM in 2-4 weeks.
2. Pt will be modified independent to self propel in wheelchair from housing unit <> rehab department using bilateral UE in 6-8 weeks.
3. Pt will be independent with eating in 6-8 weeks.

7-28-2022 RE-EVALUATION GOALS
1. Pt will be modified independent with home exercise program to prevent contracture of R hand in 2-4 weeks. (discontinue)
2. Pt will complete UE dressing with Modified Independence with adaptive equipment/durable medical equipment as needed in 6-8 weeks. (discontinue)
3. Pt will complete LE dressing with Modified Independence with adaptive equipment/durable medical equipment as needed in 6-8 weeks. (discontinue)
4. Pt will complete wheelchair <> shower chair transfer with Modified Independence with adaptive equipment/durable medical equipment as needed in 6-8 weeks. (discontinue-showering will be addressed in PT)
5. Pt will be modified independent to self propel in wheelchair from housing unit <> rehab department in 6-8 weeks. (progressing/revised goal)

**PLAN:**

**Disposition:**

Will Be Placed on Callout

**Other:**

Continue OT plan of care. OT to see pt as schedule permits.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/29/2022 | Counseling | Plan of Care | Williams, M. | Verbalizes Understanding |

Pt educated on the role and purpose of OT at this date.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Inmate Name: HOLLAND, JUSTINA MARIA

Date of Birth: ████ 4
Encounter Date: 09/29/2022 08:10

Sex: F    Race: WHITE

Provider: Williams, M. OTR, OTD

Reg #: 73612-018

Facility: CRW

Unit: F04

Completed by Williams, M. OTR, OTD on 09/29/2022 15:33



**Individualized Needs Plan - Program Review   (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: HOLLAND, JUSTINA MARIA  73612-018

SEQUENCE: 02262978
Team Date: 12-05-2022

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $750.00          Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-05-2022 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 11-23-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 11-23-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 11-23-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 12-02-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 11-23-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 11-23-2022 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 11-23-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 11-23-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 11-23-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 11-23-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 11-23-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 11-23-2022 |
| N-WORK Y | NEED - WORK YES | 11-30-2022 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 11-23-2022 |

## Progress since last review

Did not incur any incident reports since last program review.

## Next Program Review Goals

Take at least two ACE classes, do not incur any incident reports, take the Assert yourself for female offenders and the Criminal thinking course.

## Long Term Goals

Completed the ROP courses prior to 8/2028.

## RRC/HC Placement

## Comments

Routine Reassessment conducted, no PREA concerns met or noted.

REVIEW FOR RRC/HC WITHIN 17 TO 19 MONTHS OF HER RELEASE DATE; REVIEW FOR SECOND CHANCE ACT; RELEASE METHOD CHANGE TO FSA

```
 CRWCH 540*23 *          SENTENCE MONITORING                    *  12-05-2022
PAGE 001      *          COMPUTATION DATA                       *     14:05:10
                         AS OF 12-05-2022
```

REGNO..: 73612-018 NAME: HOLLAND, JUSTINA MARIA


FBI NO..........: 665814KC0              DATE OF BIRTH: 10-10-1984  AGE:  38
ARS1............: CRW/A-DES
UNIT............: MED/SURG               QUARTERS.....: F04-130L
DETAINERS.......: NO                     NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-01-2028

FINAL STATUTORY RELEASE FOR INMATE.: 09-22-2028 VIA GCT REL
             WITH APPLIED FSA CREDITS.:  50  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 08-03-2028 VIA FSA REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER...................: 6:20-CR-86-RBD-EJK
JUDGE...........................: DALTON
DATE SENTENCED/PROBATION IMPOSED: 10-25-2021
DATE COMMITTED..................: 11-30-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $2,200.00         $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $1,161,185.64

-----------------------CURRENT OBLIGATION NO: 010 -----------------------
OFFENSE CODE....:  820      COMMUNICATIONS ACT
OFF/CHG: 18:1341  MAIL FRAUD (CT1-3);  18:1341  WIRE FRAUD (CT4-15)
         18:1029(A)(2), (B), (C)(1)(A)(II) AND 2  ACCESS DEVICE FRAUD
         (CT16,18);  18:641 AND 2  THEFT OF GOVERNMENT PROPERTY (CT19);
         42:408(A)(7)(B) AND 2  FALSE USE OF A SOCIAL SECURITY NUMBER
         (CT20,21)

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   72 MONTHS
TERM OF SUPERVISION............:    3 YEARS


G0002      MORE PAGES TO FOLLOW . . .

REGNO..: 73612-018 NAME: HOLLAND, JUSTINA MARIA


 DATE OF OFFENSE................: 11-25-2015

------------------------CURRENT OBLIGATION NO: 020 ------------------------
OFFENSE CODE....:  160      18:1028 FRAUD IDENTITY THEFT
OFF/CHG: 18:1028A(A)(1) AND 2  AGGRAVATED IDENTITY THEFT (CT17,22)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
 TERM OF SUPERVISION............:     1 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CS TO OBLG 010
 DATE OF OFFENSE................: 06-09-2015

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 11-30-2021 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-22-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 11-30-2021
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    96 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     8 YEARS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 06-09-2015

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    06-10-2020   06-10-2020




G0002       MORE PAGES TO FOLLOW . . .

Case 4:23-cv-00041-Y Document 1 Filed 01/12/23 Page 21 of 24 PageID 21

REGNO..: 73612-018 NAME: HOLLAND, JUSTINA MARIA


TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 432
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 09-22-2028
ELDERLY OFFENDER TWO THIRDS DATE: 03-31-2027
EXPIRATION FULL TERM DATE.......: 11-28-2029
TIME SERVED.....................:      1 YEARS       7 DAYS
PERCENTAGE OF FULL TERM SERVED..:  12.7
PERCENT OF STATUTORY TERM SERVED:  14.9

PROJECTED SATISFACTION DATE.....: 08-03-2028
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...:  50

REMARKS.......: 11/30/21 VS, COMP CMPLT L/ALH.


G0000      TRANSACTION SUCCESSFULLY COMPLETED

# Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #:   73612-018 | Inmate Name:   HOLLAND, JUSTINA MARIA |
|---|---|

### Housing Status

| | | | | | |
|---|---|---|---|---|---|
| ___ confined to the living quarters except | ___ meals | ___ pill line | ___ treatments | Exp. Date: | _____ |
| ___ on complete bed rest: | ___ bathroom privileges only | | | Exp. Date: | _____ |
| **X** cell: | ___ cell on first floor | ___ single cell | **X** lower bunk | ___ airborne infection isolation | Exp. Date: _____ |
| ___ other: | _____ | | | Exp. Date: | _____ |

### Physical Limitation/Restriction

| | | | |
|---|---|---|---|
| ___ all sports | | | Exp. Date: _____ |
| ___ weightlifting: ___ upper body ___ lower body | | | Exp. Date: _____ |
| ___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball ___ football ___ basketball ___ handball ___ stationary equipment | | | Exp. Date: _____ |
| ___ other: _____ | | | Exp. Date: _____ |

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Hospital Bed | 12/20/2022 | | |
| Pillow | 09/30/2022 | 09/30/2023 | |
|     Extra pillow to prevent skin sheering | | | |
| Personal Adaptive Equipment | 08/03/2022 | 08/03/2023 | |
|     Foam Tubing wrapped in co-band. | | | |
| Wheelchair | 07/26/2022 | 07/26/2023 | |
| Personal Adaptive Equipment | 02/17/2022 | | |
|     Cup with straw replaced on 8/22/2022 | | | |
| Toilet Seat - Elevated | 12/17/2021 | 12/17/2023 | |
| Shower Chair/Bench | 12/17/2021 | 12/17/2023 | |
| Personal Adaptive Equipment | 12/17/2021 | 12/17/2023 | |
|     Long-handle sponge | | | |
| Compression garment - leg | 12/16/2021 | 01/16/2022 | |
| Walker | 11/30/2021 | | |

### Work Restriction / Limitation:

| | |
|---|---|
| Cleared for Food Service:   **No** | |
| **Restriction** | **Expiration Date** |
| No Ladders | |
| No Lifting More Than 15 Pounds | |
| No Prolonged Standing | |
| Partial Paralysis, Upper | |

Reg #:  73612-018                          Inmate Name:   HOLLAND, JUSTINA MARIA

**Comments:**  She is care level 3 as she has right hemiparesis and needs help with transfers, bathing, mobility

| Rios, Matthew, MD | 12/20/2022 |
|---|---|
| Health Services Staff | Date |

Inmate Name:   **HOLLAND, JUSTINA MARIA**     Reg #:   **73612-018**   .Quarters:   **F04**

***ALL EXPIRATION DATES ARE AT 24:00***



RECEIVED

JAN 12 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Name Justice Holland
Reg. No. 73012 018 NCC - 13
Carswell FMC
P.O. Box 27137
Fort Worth, TX 76127

⇔73612-018⇔
Clerk Cour Us Courthouse
501 W 10TH ST
Rm 310
FORT Worth, TX 76102
United States